**Karl D. CHROMY, Plaintiff–Appellant,**

v.

**COMMISSIONER OF the SOCIAL
SECURITY ADMINISTRATION,
Defendant–Appellee.**

No. 06–35547.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 16, 2007.*

Filed Jan. 18, 2007.

Karl D. Chromy, Portland, OR, pro se.

Neil J. Evans, Esq., Office of the U.S. Attorney, Thomas Elsberry, Portland, OR, Michael McGaughran, Esq., Social Security Administration Office of the General Counsel, Seattle, WA, for Defendant–Appellee.

Before: SILVERMAN, PAEZ and BYBEE, Circuit Judges.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

The court has reviewed the record and appellant's response to this court's October 17, 2006 order to show cause. The questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam). The district court properly found that it lacked jurisdiction under the Social Security Act to afford appellant the relief he sought. *See* 42 U.S.C. § 405(g).

Accordingly, we affirm the district court's judgment.

All pending motions are denied as moot.

The Clerk shall serve appellant with a copy of the district court's response to this court's referral notice, filed herein on July 25, 2006, and a copy of the local rules.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.